UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
STEVEN MSCISZ, ET AL.,                      )
                                            )
    *Plaintiffs,*                              )
                                            )
    v.                                      )   Case No. 05-CV-11331-JLT
                                            )
KASHNER DAVIDSON SECURITIES CORP., ET AL.,  )
                                            )
    *Defendants.*                              )
_____)


## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiffs, Steven Mscisz, Mark Mscisz and Lynda Mscisz (collectively "Customers") hereby dismiss the captioned civil action. This dismissal is without prejudice to the Customers' ability to assert claims and defenses related to or arising from the subject matter of this lawsuit in the civil action entitled *Kashner Davidson Securities Corp. v. Steven Mscisz, et al.,* Case No. 05-CV-11433-JLT, which is also pending in this Court.

                                            STEVEN MSCISZ,
                                            MARK MSCISZ & LYNDA MSISZ,

                                            By their attorney,

                                            ***/s/ William P. Corbett, Jr.***
                                            _____
                                            William P. Corbett, Jr. (BBO #561201)
                                            THE CORBETT LAW FIRM
                                             *A Professional Corporation*
                                            85 Exchange Street, Suite 326
                                            Lynn, Massachusetts 01901-1429
                                            (781) 596-9300

Dated: July 18, 2005

| | |
|---|---|
| Filename: | Notice of Dismissal |
| Directory: | C:\Documents and Settings\Bill Corbett\Desktop\Client Files\Open Files\File #13-004-001 -- Kashner Davidson v Mscisz |
| Template: | C:\Documents and Settings\Bill Corbett\Application Data\Microsoft\Templates\Normal.dot |
| Title: | COMMONWEALTH OF MASSACHUSETTS |
| Subject: | |
| Author: | Bill Corbett |
| Keywords: | |
| Comments: | |
| Creation Date: | 7/14/2005 5:29 PM |
| Change Number: | 3 |
| Last Saved On: | 7/18/2005 12:15 PM |
| Last Saved By: | |
| Total Editing Time: | 2 Minutes |
| Last Printed On: | 7/18/2005 12:15 PM |
| As of Last Complete Printing | |
|     Number of Pages: | 1 |
|     Number of Words: | 178 (approx.) |
|     Number of Characters: | 1,015 (approx.) |